## Baldwin Estate.

Argued March 14, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

reargument refused May 23, 1972.

*James E. McLaughlin,* with him *William R. Caroselli, Andrew J. Conner, T. P. Dunn, McArdle, Mc-*

*Laughlin, Paletta & McVay,* and *Dunn, Wolford & Conner,* for appellant.

*Will J. Schaaf,* with him *John A. Spaeder,* and *Marsh, Spaeder, Baur, Spaeder & Schaaf,* for appellee.

OPINION PER CURIAM, April 20, 1972:
Decree affirmed. Appellant to pay costs.